# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF TEXAS

|  |  |
|---|---|
| CONGHUA YAN,<br>THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>THE STATE OF TEXAS,<br>LESLIE STARR BARROWS, in individual capacity,<br>WILLIAM ALBERT PIGG in individual capacity,<br>LORI L DEANGELIS in individual capacity,<br>    and official capacity as associated judge,<br>PANOPYRA PLLC, a private company,<br>FUYAN WANG in individual capacity,<br>YUANLI TANG in individual capacity,<br>JIAYIN ZHENG in individual capacity,<br>    Defendants. | Case No. [4:24-cv-00579-O-BP] |

## **CERTIFICATE OF SERVICE**

I, Conghua Yan, hereby certify that on July 10, 2024, I caused a "FIRST AMENDED COMPLAINT FOR CIVIL RICO, FALSE CLAIM ACT AND 1983 ETC., DEMAND DECLARATORY RELIEF, INJUNCTIVE RELIEF, DAMAGE RELIEF, AND JURY DEMAND" to be served on USA government through the following address, pursuant to 31 U.S. Code § 3730.

Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

CC: Leigha Simonton
United States Attorney,
**Northern District of Texas**
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699

                                        /s/ Conghua Yan
                                        _____

                                                            [Conghua Yan]

[2140 E Southlake Blvd, Suite L-439]<br>
[Southlake, Texas 76092]<br>
[214-228-1886]<br>
[arnold200@gmail.com]