

```
UNITED STATES
POSTAL SERVICE.
        GRAPEVINE
     1251 WILLIAM D TATE AVE
     GRAPEVINE, TX 76051-9998
         (800)275-8777
07/11/2024                  05:03 PM
-----------------------------------
Product           Qty  Unit    Price
                       Price
-----------------------------------
Priority Mail®     1           $9.85
Flat Rate Env
    Washington, DC 20530
    Flat Rate
    Expected Delivery Date
        Mon 07/15/2024
    Insurance                  $0.00
        Up to $100.00 included
    Certified Mail®            $4.40
        Tracking #:
        9589 0710 5270 2175 6050 18
Total                         $14.25

-----------------------------------
Grand Total:                  $14.25
-----------------------------------
Credit Card Remit             $14.25
    Card Name: VISA
    Account #: XXXXXXXXXXXX9999
    Approval #: 15946D
    Transaction #: 040
    AID: A0000000031010    Chip
    AL: VISA CREDIT
    PIN: Not Required
-----------------------------------

In a hurry? Self-service kiosks offer
 quick and easy check-out. Any Retail
     Associate can show you how.

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
 and Data rates may apply. You may also
 visit www.usps.com USPS Tracking or call
            1-800-222-1811.

     Save this receipt as evidence of
insurance. For information on filing an
        insurance claim go to
    https://www.usps.com/help/claims.htm
         or call 1-800-222-1811

          Preview your Mail
         Track your Packages
          Sign up for FREE @
```

```
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
               OFFICIAL USE
Certified Mail Fee  $4.40
$                            $0.00      0051
Extra Services & Fees (check box, add fee as appropriate)  75
☐ Return Receipt (hardcopy)    $ $0.00
☐ Return Receipt (electronic)  $ $0.00   Postmark
☐ Certified Mail Restricted Delivery $ $0.00  Here
☐ Adult Signature Required     $
☐ Adult Signature Restricted Delivery $
Postage    $9.85
$                                      07/11/2024
Total Postage and Fees
$
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®
PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions
```

Receipt #: 840-57600041-3-10042202-2
Clerk: 75



```
UNITED STATES
POSTAL SERVICE.
        GRAPEVINE
     1251 WILLIAM D TATE AVE
     GRAPEVINE, TX 76051-9998
         (800)275-8777
07/10/2024                  04:32 PM
-----------------------------------
Product           Qty  Unit    Price
                       Price
-----------------------------------
Priority Mail®     1           $9.85
Flat Rate Env
    Dallas, TX 75242
    Flat Rate
    Expected Delivery Date
        Fri 07/12/2024
    Tracking #:
        9505 5104 4707 4192 4193 33
    Insurance                  $0.00
        Up to $100.00 included
Total                          $9.85

-----------------------------------
Grand Total:                   $9.85
-----------------------------------
Credit Card Remit              $9.85
    Card Name: VISA
    Account #: XXXXXXXXXXXX9999
    Approval #: 75910D
    Transaction #: 455
    AID: A0000000031010    Chip
    AL: VISA CREDIT
    PIN: Not Required
-----------------------------------

In a hurry? Self-service kiosks offer
 quick and easy check-out. Any Retail
     Associate can show you how.

Text your tracking number to 28777 (2USPS)
to get the latest status  Standard Message
 and Data rates may apply. You may also
 visit www.usps.com USPS Tracking or call
            1-800-222-1811.

     Save this receipt as evidence of
insurance. For information on filing an
        insurance claim go to
    https://www.usps.com/help/claims.htm
         or call 1-800-222-1811

          Preview your Mail
         Track your Packages
          Sign up for FREE @
     https://informeddelivery.usps.com

  All sales final on stamps and postage.
  Refunds for guaranteed services only.
      Thank you for your business.

     Tell us about your experience.
  Go to: https://postalexperience.com/Pos
 or scan this code with your mobile device.



         or call 1-800-410-7420.
-----------------------------------
UFN: 483720-0051
Receipt #: 840-57600041-2-10103645-2
Clerk: 32
```