ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTHERN AND CENTRAL U.S. MAY IM…

## USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9589071052702175605018

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 4:56 am on July 19, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
July 19, 2024, 4:56 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
July 18, 2024, 10:25 am

**Arrived at Post Office**
WASHINGTON, DC 20018
July 18, 2024, 8:25 am

**Departed USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
July 18, 2024, 4:52 am

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
July 18, 2024, 4:41 am

**Departed USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
July 18, 2024, 4:30 am

**Arrived at USPS Regional Destination Facility**

WASHINGTON DC DISTRIBUTION CENTER
July 18, 2024, 12:31 am

**Processing Exception, Regional Weather Delay**

July 17, 2024, 6:46 pm

**In Transit to Next Facility**

July 17, 2024

**Arrived at USPS Facility**

MISSOURI CITY, TX 77489
July 15, 2024, 4:57 pm

**Arrived at USPS Regional Facility**

NORTH HOUSTON TX DISTRIBUTION CENTER
July 14, 2024, 6:27 pm

**Arrived at USPS Regional Origin Facility**

COPPELL TX DISTRIBUTION CENTER
July 12, 2024, 1:00 am

**USPS in possession of item**

GRAPEVINE, TX 76051
July 11, 2024, 5:02 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**

**USPS Tracking Plus®**

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs