# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Conghua Yan
Plaintiff

v.

4:24-cv-00579-O-BP
Civil Action No.

The State of Texas, et al.
Defendant

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Defendant William A. Pigg

provides the following information:

    For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

    A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Plaintiff Conghua Yan

Defendants The State of Texas, Leslie Starr Barrows, William Albert Pigg, Lori L. DeAngelis, Panopyra PLLC, Fuyan Wang, Yuanli Tang, Jiayin Zheng

| | |
|---|---|
| Date: | October 31, 2024 |
| Signature: | */s/ William A. Pigg* |
| Print Name: | William A. Pigg |
| Bar Number: | 24057009 |
| Address: | 10455 N. Central Expy., Ste 109 |
| City, State, Zip: | Dallas, TX 75231 |
| Telephone: | 214-551-9391 |
| Fax: | |
| E-Mail: | wapigg@pigglawfirm.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.