IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CONGHUA YAN, | § | |
| | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-579-O-BP |
| | § | |
| THE STATE OF TEXAS, *et al.*, | § | |
| | § | |
|    Defendants. | § | |

# ORDER

    Before the Court is Defendant William Albert Pigg's Unopposed Motion for Extension of Time, filed on November 6, 2024. ECF No. 17. Mr. Pigg requests that the Court extend the deadline for him to respond to Plaintiff's Second Amended Complaint until 30 days after the final disposition of Plaintiff's appeal of another case filed in this Court, which is currently pending as Cause No. 24-10543 in the United States Court of Appeals for the Fifth Circuit. *Id*.

    The Court is not inclined to sidetrack this seemingly duplicative lawsuit against Mr. Pigg on a schedule without a definite end in sight. Accordingly, the Court **DENIES** the Unopposed Motion for Extension of Time. Mr. Pigg **SHALL FILE** his answer, motion, or other pleading in response to Plaintiff's Second Amended Complaint **on or before December 16, 2024**, the due date provided in Federal Rule of Civil Procedure 4(d)(3).

    It is so **ORDERED** on November 7, 2024.

                                                                    _____
                                                                    Hal R. Ray, Jr.
                                                                    UNITED STATES MAGISTRATE JUDGE