IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CONGHUA YAN, | § | |
| | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-579-O-BP |
| | § | |
| THE STATE OF TEXAS, *et al.*, | § | |
| | § | |
|     Defendants. | § | |

## ORDER

Before the Court is the Corrected Motion to Dismiss filed by Defendant State of Texas. ECF No. 16. Plaintiff shall file his response to the Motion **on or before November 27, 2024**. Also by that date, Plaintiff shall file a brief that complies with the Local Civil Rules of the Northern District of Texas, specifically (1) Rule 7.1(d) and Rule 7.2 (which require certain materials be included in a brief). The Local Civil Rules of the Northern District of Texas can be accessed online at the following address: http://www.txnd.uscourts.gov/civil-rules. The Court cautions Plaintiff that failure to file a response by **November 27, 2024,** may result in a ruling on the Motion without the response.

It is so **ORDERED** on November 7, 2024.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE