**Conghua Yan**
2140 E Southlake Blvd, Suite
L-439 Southlake, Texas 76092
Phone: 214-228-1886
arnold200@gmail.com

▸ **Fuyan Wang**
**207 Meadowlark ln, Southlake Texas**
**76092**

---

### Re: Notice of Filed Lis Pendens

To the opposing parties and their counsels,

    This letter is to notify you, pursuant to Texas Property Code § 12.007, that a Notice of Lis Pendens has been filed concerning the real property located at 207 Meadowlark Lane, Southlake, TX 76092.

    The lis pendens is associated with the litigation in Cause Number 4:24-cv-00579-O-BP, filed in the United States District Court for the Northen District of Texas. The Notice of Lis Pendens was filed on November 20, 2024 in the office of the County Clerk of Tarrant County, as required by Texas law. Cause No., entitled in

    This filing is intended to provide notice to all interested parties of the pending litigation, which may affect title to or interests in the subject property as described in the Notice.

    Please feel free to contact me should you have any questions or require additional information.

    Sincerely,

*Conghua Yan*   Conghua Yan
2140 E Southlake Blvd. Ste L-439
Phone: (214) 228-1886

---

Arnold200@gmail.com

Southlake, Texas 76092

**Enclosures**: Copy of the filed Notice of Lis Pendens

CERTIFICATE OF SERVICE

On (November 23, 2024) I, Conghua Yan, hereby certify that I have served the forgoing document on all counsels and/or pro se parties of record in a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*Conghua Yan* /s/ Conghua Yan

[Conghua Yan] [2140 E Southlake Blvd, Suite L-439] [Southlake, Texas 76092] [214-228-1886]

[arnold200@gmail.com]

<u>NOTICE OF LIS PENDENS</u>

STATE OF TEXAS §
COUNTY OF TARRANT §

NOTICE IS HEREBY GIVEN that Cause No. 4:24-cv-00579-O-BP, entitled in Yan v. the State of Texas, against Defendant Fuyan Wang for RICO, was commenced in the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS on June 20, 2024, and is now pending in such court.

The action involves the title to or seeks to establish an interest or a right in real property situated in Tarrant County, Texas, and described as follows:

Lots 10, Block 2, of MYERS MEADOWS, PHASE ONE, an Addition to the City of Southlake, Tarrant County, Texas, according to the Plat thereof recorded in Cabinet A, Slide 1328, Plat Records, Tarrant County, Texas, and more commonly known as: 207 Meadowlark Lane, Southlake, TX 76092.

The action is the determination of a deed or muniment of title which purports to convey the real property described above to Defendant in the aforementioned proceeding.

Signed on ___Oct, 10_____, 2024

_____
Conghua Yan

State of Texas

County of <u>Tarrant</u>

D224208676
11/20/2024 09:13 AM    Page: 1 of 2    Fees: $24.00
LIS PENDENS
SUBMITTER: CONGHUA YAN

MARY LOUISE NICHOLSON
COUNTY CLERK

Before me, THE UNDERSIGNED, A Notary Public, in and for the said County and State, on this day personally appeared _CONGHUA YAN_, known to me (or proved to me through identity card) to be the person whose name is subscribed

to the foregoing instrument and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this ___10___ day of __October__, 2024 (year)

_____
Notary Public

State of Texas

My Commission Expires: __10.24.2026__



A AZIZ MOHAMED
Notary Public, State of Texas
Comm. Expires 10-24-2026
Notary ID 130004564



D224208676
LIS PENDENS
Pages: 2
Fees: $24.00

FILED AND RECORDED
OFFICIAL PUBLIC RECORDS OF
TARRANT COUNTY, TEXAS
11/20/2024 09:13 AM

MARY LOUISE NICHOLSON
COUNTY CLERK