IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **CONGHUA YAN,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-579-O-BP |
| | § | |
| **THE STATE OF TEXAS,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court are the First Amended Emergency Ex Parte Motion to Strike Defendant William Pigg's Filing and First Amended Emergency Ex Parte Motion to Strike Defendant Lori DeAngelis' Filing filed by Plaintiff Conghua Yan on December 16, 2024. ECF Nos. 39, 40. The Court determines that expedited briefing is necessary to address the motions in a timely manner. *See* L.C.R. 7.1. Defendants shall file any response that they wish to make to the Motions **on or before December 23, 2024**. Also by that time, Defendants should state whether they will voluntarily redact the names of any minors from their filings and amend those filings or will agree to seal any filings that include the names of minors.

It is so **ORDERED** on December 17, 2024.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE