<u>CERTIFICATE OF</u>
<u>SERVICE</u>

On (November 25th, 2024) I, Conghua Yan, filed (PLAINTIFF'S BRIEF OF OBJECTION AND RESPONSE TO DEFENDANT THE STATE OF TEXAS' MOTION TO DISMISS WITH MEMORANDUM IN SUPPORT [Dkt No. 25]) through the court CM/ECF system.

I hereby certify that I have served the forgoing document on all counsels and/or pro se parties of record in a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

      /s/ Conghua Yan

Conghua Yan, Pro Se Plaintiff

[Conghua Yan] [2140 E Southlake Blvd, Suite L-439] [Southlake, Texas 76092] [214-228-1886]

[arnold200@gmail.com]