IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CONGHUA YAN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:24-cv-579-O-BP |
| § | |
| THE STATE OF TEXAS, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. *See* ECF No. 63. Plaintiff filed an objection. *See* ECF No. 64. The Court has conducted a de novo review of those portions of the proposed findings and recommendation to which an objection was made. The Court finds that the Findings, Conclusions, and Recommendation in this case (ECF No. 63) should and is hereby **ACCEPTED**, and Plaintiff's objection is hereby **OVERRULED**.

Accordingly, it is **ORDERED** that: (1) the Court **GRANTS** the Motions to Dismiss filed by State of Texas and Judge DeAngelis (ECF Nos. 16, 29) and **DISMISSES** without prejudice Plaintiff's claims against them; (2) **GRANTS** Pigg's Motion to Dismiss (ECF No. 33), and **DISMISSES** Plaintiff's claims against him; (3) **GRANTS** Barrow's Motion to Dismiss (ECF No. 47), and **DISMISSES** Plaintiff's claims against her; (4) **DISMISSES** without prejudice Plaintiff's claims against Panopyra LLC, Fuyan Wang, Jiayin Zheng, and Yuanli Tang; and (5) **DISMISSES without prejudice** Plaintiff's state law claims.

**SO ORDERED** on this **6th day** of **March, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE