IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CONGHUA YAN, | § |
| | § |
|    Plaintiff, | § |
| | § |
| v. | §   Civil Action No. 4:24-cv-579-O-BP |
| | § |
| THE STATE OF TEXAS, *et al.*, | § |
| | § |
|    Defendants. | § |

### FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Plaintiff's claims against The State of Texas and Judge DeAngelis are **DISMISSED without prejudice**.

2. Plaintiff's claims against William Pigg and Leslie Barrows are **DISMISSED with prejudice**.

3. Plaintiff's claims against Panopyra PLLC, Fuyan Wang, Jiayin Zheng, and Yuanli Tang are **DISMISSED without prejudice**.

4. Plaintiff's state law claims are **DISMISSED without prejudice.**

5. The taxable costs of court, as calculated by the clerk of court, shall be borne by the Plaintiff.

6. The clerk shall transmit a true copy of this Judgment, together with a true copy of the Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge to the parties.

**SO ORDERED** on this **6th day** of **March, 2025**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**