# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# Fort Worth Division

|  |  |
|---|---|
| CONGHUA YAN, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>THE STATE OF TEXAS, )<br>LESLIE STARR BARROWS, in individual capacity, )<br>WILLIAM ALBERT PIGG in individual capacity, )<br>LORI L DEANGELIS in individual capacity, )<br>    and official capacity as associated judge, )<br>PANOPYRA PLLC, a private company, )<br>FUYAN WANG in individual capacity, )<br>YUANLI TANG in individual capacity, )<br>JIAYIN ZHENG in individual capacity, )<br>    Defendants. )<br>_____ ) | 4:24-cv-00579-O-BP<br>CASE NUMER<br><br><br><br>Hon. Reed Charles O'Connor<br>JUDGE |

## **NOTICE OF APPEAL**

Notice is hereby given that Appellant Conghua Yan appeals to the United States Court of Appeals for the Fifth Circuit from the Order [ECF No. 71] on Motion to Alter Judgment signed and entered on June 11, 2025 and the Final Judgment [ECF No. 67] signed and entered on March 6, 2025 and the, and from all adverse orders, rulings, decisions, conclusions, or findings preceding, leading to or included within the Order and the Judgment.

DATE: JUNE 11, 2025

/s/ Conghua Yan   *Conghua Yan*

[Conghua Yan]
[2140 E Southlake Blvd, Suite L-439]
[Southlake, Texas 76092]
[214-228-1886]
[arnold200@gmail.com]

**CERTIFICATE OF SERVICE**

This is to certify that the Notice of Appeal has been served in a manner in compliance with Rule 25(b) and (c) of the Fed. R. App. P., on June 11, 2025, on all Defendants and/or registered counsel of record, and has been transmitted to the Clerk of the Court.

/s/ Conghua Yan
Conghua Yan, Pro Se Plaintiff
[Conghua Yan] [2140 E Southlake Blvd, Suite L-439]
[Southlake, Texas 76092]
[214-228-1886]
[arnold200@gmail.com]
